FILED
CLERK, U.S. DISTRICT COURT

JUL 22 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON EARL HILL,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN MARSHALL, Warden,<br><br>    Respondent. | NO. CV 08-02342 SJO (SS)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections. After having made a _de novo_ determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge, except that the Court modifies the Report at page 7, footnote 4, to read as follows:

Whether Petitioner may present a successive petition under such circumstances is governed by 28 U.S.C. § 2244(b)(2)(A), which allows a second or successive habeas petition if "the applicant shows that the claim relies on

a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable." Under 28 U.S.C. § 2244(b)(3)(A), however, this determination is made by the United States Court of Appeals upon a petitioner's motion for an order authorizing the district court to consider his second or successive petition

Accordingly, IT IS ORDERED THAT:

1. The Petition is DENIED and Judgment shall be entered dismissing this action without prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner and on counsel for Respondent.

Dated: \_\_\_\_7/17/08\_\_\_\_, 2008.

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE